THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALONZO DERRICK, Appellant, v WARDEN, GEORGE MOTCHAN DETENTION CENTER (RIKERS ISLAND), Respondent.

Submitted February 11, 2008; decided February 19, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that relator has been released from custody and, therefore, his liberty is no longer restrained to such a degree as to entitle him to the extraordinary writ of habeas corpus (*see People ex rel. Wilder v Markley*, 26 NY2d 648 [1970]).

HELEN SALICHS, Appellant, v WARREN JAMES, Respondent.

Submitted January 28, 2008; decided February 19, 2008

Motion for reargument of motion for leave to appeal denied [*see* 9 NY3d 998 (2007)].

STATE OF NEW YORK et al., Plaintiffs, v CLARK E. MCLEOD, Defendant. MCLEODUSA, INCORPORATED, Intervenor-Appellant; ELIOT SPITZER, as Attorney General of the State of New York, Respondent.

Submitted January 7, 2008; decided February 19, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (Karger, Powers of the New York Court of Appeals § 5:17, at 150 [3d ed rev]).